THORKILD WILSON *vs.* ST. PAUL, MINNEAPOLIS & MANITOBA RAILWAY
COMPANY.

November 1, 1890.

**Plea of Another Action Pending—Requisites.**—An answer of a former
action pending *held* not to state or show identity of cause of action in the
two actions.

Appeal by defendant from an order of the district court for Ram-
sey county, *Otis*, J., presiding, sustaining a demurrer to one of the
defences pleaded in the answer.

*M. D. Grover*, for appellant.

*Willis & Nelson*, for respondent.

GILFILLAN, C. J.   Appeal from an order sustaining plaintiff's de-
murrer to one of the defences in the answer.   The complaint charges
a conversion of a wooden building belonging to plaintiff, standing on
land belonging to another, but which had been leased to plaintiff for
a term which had expired shortly before the alleged conversion.   The
defence demurred to assumes to plead a former action pending.   It
states "that plaintiff claims that the alleged conversion was caused
by an alleged interference with and obstruction of an alleged sewer
or drain extending from said tract of land to the public sewer," etc.,
and "that, at the time of the commencement of this action, there was
and still is another action pending in this court between the same
parties as in this action, in which the claim for recovery is based upon
the same alleged obstruction of said alleged sewer; and the alleged
damage or conversion to recover for which this action was brought
grew out of, and was part and parcel of the injury resulting from,
the alleged obstruction of said sewer, in said prior action."   An an-
swer of a former action pending ought to clearly allege or show that
the cause of action in the first action is identical with that in the
second.   This answer falls short of that.   The appellant seems to
assume that, because the claims set forth in the two actions grew out
of the same act, they are necessarily but one cause of action.   This
is an error.   Different causes of action may arise from the same act,

as, for instance, a cause of action for injury to the person, and one for injury to property; or a cause of action for injury to real property, and one for injury to personal property. This answer does not show the character of the cause of action in the first action.

Order affirmed.